UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:17-4300 JLS (ADS)                                                     Date:  February 4, 2019

Title: *Jesse Candelario Galvan v. Kathleen Allison and Stuart Sherman*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                          None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 17, 2018, Respondents filed a Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus ("Motion to Dismiss") and lodged supporting documents with the Court. [Dkt. Nos. 28, 29]. On September 27, 2018, the Court received a Request for Appointment of Counsel and a Request for an Additional 30 Day Extension of Time filed by Petitioner. [Dkt. Nos. 30, 31]. On October 18, 2018, the Court denied Petitioner's Request for Appointment of Counsel but granted Petitioner's Request for Extension of Time. [Dkt. No. 32]. Petitioner was ordered to file his Opposition to the Motion to Dismiss by November 7, 2018. [Id.].

As of the date of this Order, Petitioner has not filed the Opposition or otherwise communicated with the Court about his case. However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE** why this action should not be dismissed and file his Opposition **by no later than February 19, 2019.**

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:17-4300 JLS (ADS)     Date: February 4, 2019

Title: *Jesse Candelario Galvan v. Kathleen Allison and Stuart Sherman*

**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh