UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESSE CANDELARIO GALVAN, | Case No. 2:17-04300 JLS (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| KATHLEEN ALLISON and STUART SHERMAN, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, First Amended Petition, Respondent's Motion to Dismiss the First Amended Petition, all pleadings, records, and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated July 2, 2019. No objections to the Report and Recommendation were filed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 35] is accepted;

2. The Motion to Dismiss [Dkt. No. 28] is granted; and

4. Respondent shall Answer the original Petition within fourteen (14) days of entry of this order.

DATED: September 23, 2019

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge